# In the United States District Court
## for the Southern District of Georgia
## Augusta Division

<table>
<tr><td>Mark Maurer, individually and on behalf of all others similarly situated,<br><br>       Plaintiff<br><br>v.<br><br>Morris Communications Company, LLC; Questo, Inc.,<br><br>       Defendants.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>26- CV-136</td></tr>
</table>

## DISCLOSURE STATEMENT
## OF PARTIES

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties:

| NAME | PARTY DESIGNATION |
|---|---|
| Mark Maurer | Plaintiff |
|  |  |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| None. |  |
|  |  |
|  |  |
|  |  |
|  |  |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the

1

Rev. 11/2022

outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
| --- | --- |
| Gibson Consumer Law Group, LLC | Counsel for Plaintiff |
| Laukaitis Law LLC | Counsel for Plaintiff |
|  |  |
|  |  |
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.**  This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
| --- | --- | --- |
| Mark Mauer | Plaintiff | New York |
| Morris Communications Company, LLC[1] | Defendant | Georgia |
| Questo, Inc. | Defendant | Georgia |
|  |  |  |
|  |  |  |

July 21, 2026

Date

/s/ *MaryBeth V. Gibson*

Signature of Attorney of Record

MaryBeth V. Gibson

Printed Name

---

[1] Other members of the Defendant LLC who are only known to Defendants and who may be responsible for some of the claims alleged herein are currently unknown to Plaintiff. Plaintiff will seek leave of court to amend this complaint to reflect the true names and capacity of additional members of Defendant LLC if they exist when their identities become known.

Rev. 11/2022