IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

**RULE 26 INSTRUCTION ORDER**

In a case originally filed in this district, the parties shall confer as provided in Federal Rule of Civil Procedure 26(f) by the earlier of sixty days after any defendant has been served with the complaint or forty-five days after any defendant has appeared.  L.R. 26.1(a).[1]  In removed cases, the parties shall confer within twenty-one days from the later of the date of removal or filing of the last answer, but in no event later than forty-five days after first appearance by answer or Rule 12 motion of any defendant named in the original complaint.  L.R. 26.1(e).  In cases transferred from another district, the parties shall confer within twenty-one days of the case docketing in this district.  L.R. 26.1(f).

Within fourteen days after the Rule 26(f) conference, the parties shall complete and file the attached Rule 26(f) report. L.R. 26.1(b).  A copy of this form in fillable format can be found by following this link: https://www.gasd.uscourts.gov/sites/gasd/files/rule26f.pdf.  A party who cannot gain the cooperation of the other party in preparing the report should advise the Court prior to the filing deadline.

**SO ORDERED.**

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Local Rules may be found on the Court's website at www.gasd.uscourts.gov.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## RULE 26(f)  REPORT

1.   Date of Rule 26(f) conference: _____

2.   Parties or counsel who participated in conference:

_____

_____

3.   If any defendant has yet to be served, please identify the defendant and state when service is expected.

_____

4.   Date the Rule 26(a)(1) disclosures were made or will be made:

_____

5.   If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

(a)   Identify the party or parties making the objection or proposal:

_____

_____

(b)   Specify the objection or proposal:

_____

_____

_____

6.   The Local Rules provide a 140-day period for discovery.  If any party is requesting additional time for discovery,

   (a)   Identify the party or parties requesting additional time:

   _____

   _____

   _____

   (b)   State the number of months the parties are requesting for discovery:

                                             _____

months

   (c)   Identify the reason(s) for requesting additional time for discovery:

         _____   Unusually large number of parties

         _____   Unusually large number of claims or defenses

         _____   Unusually large number of witnesses

         _____   Exceptionally complex factual  issues

         _____   Need for discovery outside the United States

         _____   Other:   _____

   (d)   Please provide a brief statement in support of each of the reasons identified above:

   _____

   _____

   _____

_____

_____

_____

_____

7.   If any party is requesting that discovery be limited to particular issues or conducted in phases, please

(a)   Identify the party or parties requesting such limits:

_____

_____

_____

(b)   State the nature of any proposed limits:

_____

_____

_____

8.   The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

Last day to file motions                    30 days after close of
                                            discovery

If any party requests a modification of any of these deadlines,

(a)   Identify the party or parties requesting the modification:

_____

_____

(b)   State which deadline should be modified and the reason
      supporting the request:

_____

_____

_____

_____

9.   If the case involves electronic discovery,

(a)   State whether the parties have reached an agreement
      regarding the preservation, disclosure, or discovery of
      electronically stored information, and if the parties prefer to
      have their agreement memoralized in the scheduling order,
      briefly describe the terms of their agreement:

_____

_____

(b)   Identify any issues regarding electronically stored
      information as to which the parties have been unable to
      reach an agreement:

_____

_____

10.    If the case is known to involve claims of privilege or protection of trial preparation material,

   (a)    State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

   _____

   _____

   (b)    Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

   _____

   _____

   _____

   (c)    Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

   _____

   _____

   _____

11.    State any other matters the Court should include in its scheduling order:

   _____

   _____

12.    The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case.
Please state any specific problems that have created a hindrance
to the settlement of the case:

_____

_____

_____

This _____ day of _____,    2017.

Signed:    _____
                                    *Attorney for Plaintiff*


                        _____
                                    *Attorney for Defendant*

# In the United States District Court
# for the Southern District of Georgia
Choose an item. **Division**

|  |  |
|---|---|
| v. | ) |
|  | ) |
|  | )                    CV |
|  | ) |
|  | ) |

### DISCLOSURE STATEMENT
### OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |

1

Rev. 11/2022

|  |  |
|--|--|
|  |  |
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|------|--------------|-------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____

Date

_____

Signature of Attorney of Record

_____

Printed Name

2

Rev. 11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION


_____   )
                Plaintiff,        )
                                  )
                                  )
vs.                               )    Case No. _____
                                  )
                                  )
_____   )
                Defendant.        )


CERTIFICATE OF COUNSEL
REFILED OR RELATED CASES


Pursuant to the Local Rules of this Court, I hereby certify that this is a refiled case which

involves substantially the same issues or parties as in the case of _____

_____ , plaintiff vs. _____ , defendant, Civil Action No.

_____ , or that this case relates to property included in, involves the same issues

appearing in, or grows out of the same transaction involved in a case already pending in

_____ Court, captioned _____ , plaintiff, vs.

_____ defendant, Civil Action No. _____ .

This _____ day of _____ , 2015.


_____
Attorney of party

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

Plaintiff,           :
                     :
                     :    Case No.
                     :
                     :
Defendant.           :

NOTICE OF ALTERNATIVE DISPUTE RESOLUTION
and
CASE MANAGEMENT PROCEDURES

(LITIGANTS' BILL OF RIGHTS)
S.D. Ga. LR 16.7

Litigants in this Court may wish to utilize procedures that are available to assist the speedy and efficient resolution of civil cases. This notice **must** be furnished by plaintiff's counsel to his client and served with the complaint upon all defendants. Counsel for each party represented shall ensure that the notice is filled out, signed by the party, and returned to the Clerk's office (1) by counsel for the plaintiff within 15 days of filing the complaint, and (2) by counsel for the defendant with the answer or other responsive pleading.

Page 1 of 5

## Notice to Parties and Counsel

1.      If all parties in a case elect to do so, a civil case in this Court can be referred to non-binding mediation. The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish a mediation plan for this case?

_____
(answer yes or no)

2.      If the parties in a case elect to do so, a civil case in this Court can be referred to binding or non-binding arbitration. In some instances, arbitration may be quicker, cheaper, and less formal than litigation. Its outcome can be binding or purely advisory, depending on the parties' agreement. The parties can also agree to tailor the rules of procedure.

Do you wish to consider such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish an arbitration plan for this case?

_____
(answer yes or no)

3.      If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be presided over by a United States Magistrate Judge.

Would you like to **consider** use of a Magistrate Judge and receive more information on this alternative?

_____

(answer yes or no)

4.     After the complaint and answer are filed in a case, the rules of this Court normally allow four (4) months for the completion of discovery. If discovery continues for a longer period of time, it will be because the attorneys have requested an extension of time from the Court.

5.     If justified by the complexity or difficulty of a case, the Court will consider the entry of a special case management order. After hearing from the parties, this order would supersede the Local Rules and provide new dates for the different aspects of discovery, amendments to the pleadings, the filing of motions, conferences with the Court, and preparation for the ultimate pretrial order and trial of the case.

The lawyers for all of the parties are encouraged to consult concerning the need for such a case management order.

6.     At the completion of discovery and before trial, each party will be required to participate in the filing of a pretrial order. In most cases, there will also be a pretrial conference with the presiding Judge. At the conference, the Court will inquire about the prospects for

settlement of the case.  Normally the Court will require the client to be present in person or by telephone.

By Order of the Court.

_____
**Clerk of Court**

I have reviewed with my attorney the above notice and have indicated my desired responses to paragraphs 1, 2, and 3.

This _____ day of _____, 20__.


_____
**Name and signature of party or Representative**


**Certificate of Counsel**

I have furnished a copy of this notice to the party represented by me (including any insurance company assisting with the cost of defense) and discussed with my client responses to paragraphs 1, 2, and 3 which have been noted.  I have also served opposing counsel with a copy of this completed notice.

This _____ day of _____, 20__.


_____
**Attorney for _____**

NOTE:  If there is unanimity among the parties that the case should be referred to mediation, arbitration, or a Magistrate Judge, counsel for the plaintiff shall so notify the Clerk, who will then inform the presiding District Judge of the parties' interest in one or more of these procedures.